IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE BLOFSTEIN and ALEXIS FLORES, for themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>MICHAEL'S FAMILY RESTAURANT, INC., EMMANUEL PETROGIANNIS (a/k/a MIKE PETROGIANNIS), IOANNIS PETROGIANNIS (a/k/a JOHN PETROGIANNIS) and NIKOLAOS PETROGIANNIS (a/k/a NICK PETROGIANNIS),<br>Defendants. | Case No. 17-cv-5578 |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
<u>SETTLEMENT APPROVAL</u>**

For the reasons set forth in their accompanying Memorandum of Law, Plaintiffs Michelle Blofstein and Alexis Flores, through their counsel, respectfully submit this Unopposed Motion for Final Approval of the Parties' proposed settlement in the above-captioned lawsuit.

Respectfully submitted,

Dated: June 10, 2019

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836

James B. Zouras
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
(312) 233-1550

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify this 10th day of June 2019, that a true and correct copy of Plaintiffs' Unopposed Motion for Final Settlement Approval has been served on all counsel of record by electronically filing this document and all attachments via the Court's ECF system.

>*/s/ David J. Cohen*
>David J. Cohen
>STEPHAN ZOURAS LLP
>604 Spruce Street
>Philadelphia, PA 19106
>(215) 873-4836