IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLOFSTEIN ET AL. :
: CIVIL ACTION
v. :
: NO. 17-5578
MICHAEL'S FAMILY RESTAURANT, INC. :
ET AL. :

# O R D E R

**AND NOW**, this 19th day of July, 2019, upon consideration of Plaintiffs' Unopposed Motion for Final Settlement Approval (ECF No. 36), and after a Final Settlement Hearing held on July 10, 2019, and consistent with the Memorandum filed herewith, it is **ORDERED** as follows:

1. The following PMWA class is certified under Federal rules of Civil Procedure 23(a) and 23(b)(3):

    All current or former Servers who are Pennsylvania residents and who were employed at the Country Club Diner, Tiffany Diner, or Warminster West Diner from December 13, 2014 to July 5, 2018, plus all current or former Servers who are Pennsylvania residents and who were employed during the first shift at Mayfair Diner from December 13, 2014 to July 5, 2018.

2. The following FLSA class is certified:

    All current or former Servers employed at the Country Club Diner, Tiffany Diner, or Warminster West Diner from December 13, 2014 to July 5, 2018, plus all current or former Servers employed during the first shift at Mayfair Diner from December 13, 2014 to July 5, 2018.

3. The Settlement Agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e). The Settlement Agreement is fair, reasonable, and adequate.

4. Attorneys' fees in the amount of $250,000 are awarded to Class Counsel.

5. Costs in the amount of $10,000 shall be paid to Class Counsel.

6. Service awards in the amount of $7,500 shall be paid to each of Named Plaintiffs: Michelle Blofstein and Alexis Flores.

7. An amount of $10,000 shall be paid to Michelle Blofstein for settlement of her retaliation claims against Defendants.

**IT IS SO ORDERED.**

                    **BY THE COURT:**

                    _____
                    **R. BARCLAY SURRICK, J.**